UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                  :    Case No.:    <u>14-18960</u>
Diane S Johnson                                              :
                                                                            :    Adv. No.:    _____
                                                                            :
                                                                            :    Judge:        <u>ABA</u>
                    Debtor (s),                               :
_____        :    Chapter:    _____<u>13</u>_____


## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable <u>Andrew B. Altenburg Jr.</u>, United States Bankruptcy Judge.

**Reason for Hearing:**    <u>Debtor(s) objection to Certification of Default</u>
                                          <u>submitted by the chapter 13 Standing Trustee</u>
                                          _____

**Location of Hearing:**    Courtroom No. <u>4B</u>
                                          <u>Mitchell H. Cohen U.S. Courthouse</u>
                                          <u>400 Cooper Street</u>
                                          <u>Camden, NJ</u>

**Date and Time:**    <u>1/27/2017 at 9:00a.m.</u>,
                                 or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    __✔__ ARE REQUIRED        _____ ARE NOT REQUIRED


DATED:    <u>December 19, 2016</u>                        JAMES J. WALDRON, Clerk


### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on <u>December 19</u>, 20 <u>16</u> the foregoing notice was served on the following:
Debtor (s)
Attorney for Debtor(s), if any
Chapter 13 Trustee


JAMES J. WALDRON, Clerk


*Last revised 10-15-03 jml*

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 14-18960-ABA
Diane S Johnson                                                Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 1         Date Rcvd: Dec 19, 2016
                             Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
db             +Diane S Johnson,    11 Glen Dr,    Pennsville, NJ 08070-2525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services, L.L.C.
               agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Angela Catherine Pattison    on behalf of Creditor    U.S. Bank National Association, as Trustee
               for Citigroup Mortgage Loan Trust 2006-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2006-WFHE2 angela.pattison@powerskirn.com, ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2006-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2006-WFHE2 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Diane S Johnson ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@leclairryan.com,
               waldmanw@aol.com;sewen@formanlaw.com
                                                                                             TOTAL: 10