Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 14–18960–ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diane S Johnson
   11 Glen Dr
   Pennsville, NJ 08070

Social Security No.:
   xxx–xx–8865

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/16/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 16, 2018
JAN: bc

                                  Jeanne Naughton
                                  Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                              Case No. 14-18960-ABA
Diane S Johnson                                                     Chapter 13
        Debtor                       CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Mar 16, 2018
                               Form ID: 148                 Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Diane S Johnson,    11 Glen Dr,    Pennsville, NJ 08070-2525
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,     Stern & Eisenberg, PC,    1040 North Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
cr             +Lakeland Bank,    c/o Forman Holt Eliades & Youngman LLC,     80 Route 4 East - Suite 290,
                 Paramus, NJ 07652-2661
514763185    +++Apex Asset Management,     2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
514763188      Blessed Way, LLC,    NJ Dept Of Treasury,     PO Box 308,   Trenton, NJ 08625-0308
514763189     +Byl Services,    301 Lacey Street,    West Chester, PA 19382-3727
514763191      Capital Collection Svc,     300 N Route 73,    West Berlin, NJ 08091
514763192     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
514763195     +Dr. John Amrien,    4 Bypass Rd,    Salem, NJ 08079-2053
514763197     +Lakeland Bank,    C/O Thomas J. Matteson, Esq.,     250 Oak Ridge Rd.,    Oak Ridge, NJ 07438-8998
514763199     +Lhr Inc,    56 Main Street,    Hamburg, NY 14075-4905
514970732     +MEMORIAL HOSPITAL OF SALEM COUNTY C/O PASI,      PO BOX 188,   BRENTWOOD, TN 37024-0188
514763200     +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
514763201     +Medical Data Systems I,     2001 9th Ave,    Suite 312,   Vero Beach, FL 32960-6413
514763203     +Nco,   2703 N Highway 75,    Sherman, TX 75090-2567
514763205     +Ocwen Loan Servicing,     12650 Ingenuity Dr,    Orlando, FL 32826-2703
514787526     +Pennsville Water /Sewer Department,     90 North Broadway,    Pennsville, NJ 08070-1750
514763206     +Pennsville Water Dept,     2 Sanderlin Rd,    Pennsville, NJ 08070-3248
514763207     +Portfolio Recovery Associates, LLC,     C/O National Registered Agents Of NJ RA,
                 100 Canal Pointe Blvd Ste 212,     Princeton, NJ 08540-7063
514763208     +Quality Asset Recovery,     7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514763209     +Revenue Collect,    Po Box 2103,    Mechanicsburg, PA 17055-2103
514763210     +Rosalind Miller Choice,     24 Sherman Ave,    East Hanover, NJ 07936
514860360     +Royal Tax Lien Services,     Honig & Greenberg L.L.C.,    1949 Berlin Road Suite 200,
                 Cherry Hill, NJ 08003-3737
514763211     +Royal Tax Lien Svcs Dba Crusader Lien Sv,      C/O Honig & Greenberg, LLC,
                 1949 Berlin Rd Ste 200,    Cherry Hill, NJ 08003-3737
514902993    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,      PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,       Division Of Taxation,     Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
515014603     +U.S. Bank National Association, as Trustee,      ATTN: Bankruptcy Dept.,    MAC# D3347-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 22:46:32       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 22:46:29        United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514763184      +E-mail/Text: bk.notices@a1collectionagency.com Mar 16 2018 22:47:10        A-1 Collection Agency,
                 715 Horizon Drive,    Grand Junction, CO 81506-8700
514781459       EDI: AIS.COM Mar 17 2018 02:33:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514994509       EDI: RESURGENT.COM Mar 17 2018 02:33:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Reimbursement,     Technologies, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
514763186      +EDI: TSYS2.COM Mar 17 2018 02:33:00      Barclays Bank Delaware,     125 S West St,
                 Wilmington, DE 19801-5014
514763187      +E-mail/Text: banko@berkscredit.com Mar 16 2018 22:46:09        Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
514763190       EDI: CAPITALONE.COM Mar 17 2018 02:28:00      Cap One,    Po Box 85520,    Richmond, VA 23285
514763193       EDI: CITICORP.COM Mar 17 2018 02:28:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
514763194       EDI: CITICORP.COM Mar 17 2018 02:28:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,     Po Box 20507,    Kansas City, MO 64195
514905674       EDI: CAPITALONE.COM Mar 17 2018 02:28:00      Capital One Bank (USA), N.A.,     PO Box 71083,
                 Charlotte, NC 28272-1083
514888080      +E-mail/Text: bankruptcy@mfgokc.com Mar 16 2018 22:45:48       HSBC-Ameritech,
                 c/o Millennium Financial Group,     5770 NW Expressway Ste 102,    Oklahoma City, OK 73132-5238
514763196      +EDI: IIC9.COM Mar 17 2018 02:33:00      Ic System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,     St. Paul, MN 55164-0378
514763198      +E-mail/Text: csd1clientservices@cboflanc.com Mar 16 2018 22:47:10        Lancaster Collections,
                 Credit Bureau of Lancaster County,     Po Box 1271,    Lancaster, PA 17608-1271
514763202      +EDI: MID8.COM Mar 17 2018 02:33:00      Midland Funding,     8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514763204      +E-mail/Text: bankruptcydepartment@tsico.com Mar 16 2018 22:47:26        Nco Fin/99,    Pob 15636,
                 Wilmington, DE 19850-5636
515004014       E-mail/Text: bkdepartment@rtresolutions.com Mar 16 2018 22:46:46
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,     PO Box 36655,
                 Dallas, Texas 75247-4029
514763212      +E-mail/Text: bankruptcy@savit.com Mar 16 2018 22:47:42        Sa-vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Mar 16, 2018
                              Form ID: 148             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514763213       EDI: WFFC.COM Mar 17 2018 02:33:00     Wells Fargo Hm Mortgage,   8480 Stagecoach Cir,
                  Frederick, MD  21701
514763214      +EDI: WESTASSET.COM Mar 17 2018 02:33:00     West Asset Management,   2703 N Highway 75,
                  Sherman, TX 75090-2567
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee for Cit
514858871       Royal Tax Lien Services, L.L.C.
                                                                                    TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2018 at the address(es) listed below:

```
              Adam D. Greenberg    on behalf of Creditor   Royal Tax Lien Services, L.L.C.
               agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Angela Catherine Pattison     on behalf of Creditor    U.S. Bank National Association, as Trustee
               for Citigroup Mortgage Loan Trust 2006-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2006-WFHE2 angela.pattison@powerskirn.com,   ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2006-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2006-WFHE2 bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Diane S Johnson ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@leclairryan.com,
               waldmanw@aol.com;sonia.ewen@leclairryan.com
                                                                                              TOTAL: 10
```